UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEION BROWN, | Case No. 3:25-cv-00052-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Petitioner Deion Brown, a *pro se* Nevada prisoner, submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254 as well as an application to proceed *in forma pauperis* ("IFP") (ECF No. 5).

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.*

Petitioner's financial certificate shows Brown is able to pay the $5.00 filing fee. (ECF No. 5 at 14.) Thus, he does not qualify for a fee waiver. The Court denies the IFP Application and gives Brown 45 days to pay the $5 filing fee.

It is therefore ordered that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as Petitioner has fully complied with this order.

It is further ordered that, within 45 days of the date of this order, Petitioner must pay the $5.00 filing fee.

The Clerk of Court is further directed to send Brown two copies of this order. If he decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that Brown's failure to comply with this order within 45 days by paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 17th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE