UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DEION BROWN, | Case No. 3:25-cv-00052-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Petitioner Deion Brown seeks an extension of time to file his First Amended Petition. (ECF No. 15.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 15) is granted. Petitioner has until December 26, 2025 to file his First Amended Petition.

DATED THIS 3rd Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE