UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| DEION BROWN,<br><br>       Petitioner,<br>  v.<br><br>TERRY ROYAL, *et al.*,<br><br>       Respondents. | Case No. 3:25-cv-00052-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their response to the First Amended Petition. (ECF No. 21.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 21) is granted. Respondents have until April 6, 2026 to file their response.

DATED THIS 27th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE